1  JOHN NADOLENCO (SBN 181128)
    jnadolenco@mayerbrown.com
2  MAYER BROWN LLP
   350 South Grand Avenue, 25th Floor
3  Los Angeles, CA 90071
   Telephone:  213.229.9500
4  Facsimile:   213.625.0248

5  ALLISON L. STILLMAN (*admitted pro hac vice*)
    astillman@mayerbrown.com
6  MAYER BROWN LLP
   1221 Avenue of the Americas
7  New York, NY 10021
   Telephone: (212) 506-2500
8  Facsimile: (202) 262-1910

9  *Attorneys for Defendant*

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| WIXEN MUSIC PUBLISHING, INC. | Case No. 2:17-cv-09288-GW-GJS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND SUBMIT JOINT DISCOVERY PLAN** |
| v. | |
| SPOTIFY USA INC., | Complaint served: March 21, 2018
Current response date:  October 19, 2018
[Proposed] response date: January 17, 2019 |
| Defendant. | Judge: Hon. George Wu |

1 | The Court has considered the parties' Joint Stipulation to Extend Time to Respond to Complaint and Submit Joint Discovery Plan and finds the parties' ongoing settlement discussions, and representation concerning their progress, to constitute good cause to set the following deadlines: (i) the parties shall have until January 10, 2019 to submit a joint discovery plan, *see* Fed. R. Civ. P. 26(f)(2)-(3); Spotify USA Inc. shall have until January 17, 2019 to answer or otherwise respond to the Complaint, *see* Fed. R. Civ. P. 6 (stating that the court may extend time "for good cause" "if a request is made . . . before the original time or its extension expires"); (iii) the Court shall issue a scheduling order on January 17, 2019, *see* Fed. R. Civ. P. 16(a)(2) (permitting courts to delay issuing scheduling order for "good cause"); and (iv) the scheduling conference set for October 18, 2018 at 8:30 a.m. is continued until January 16, 2019 at 8:30 a.m.

The Court hereby GRANTS the Joint Stipulation.

HON. GEORGE WU
United States District Judge

1
[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT AND SUBMIT JOINT DISCOVERY PLAN
Case No. 2:17-cv-09288-GW-GJS