DANIEL J. SCHACHT, #259717
dschacht@donahue.com
ANDREW S. MACKAY, #197074
amackay@donahue.com
JONATHAN MCNEIL WONG, #112224
jmwong@donahue.com
DANIEL H. SENTER, #271626
dsenter@donahue.comd
DONAHUE FITZGERALD LLP
1999 Harrison Street 25th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

*Attorneys for Plaintiff*

JOHN NADOLENCO, #181128
*jnadolenco@mayerbrown.com*
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

ALLISON L. STILLMAN (*admitted pro hac vice*)
*astillman@mayerbrown.com*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10021
Telephone: (212) 506-2500
Facsimile: (202) 262-1910

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WIXEN MUSIC PUBLISHING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SPOTIFY USA INC.,<br><br>Defendant. | Case No. 2:17-cv-09288-GW-GJS<br><br>**JOINT RULE 26(F) REPORT** |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1, counsel for plaintiff Wixen Music Publishing, Inc. ("Wixen" or "Plaintiff") and counsel for defendant Spotify USA Inc. ("Spotify" or "Defendant") hereby jointly submit the following report.

Wixen commenced this action on December 29, 2017 by filing a complaint alleging copyright infringement (the "Complaint"). Spotify returned an executed waiver of service dated March 21, 2018. On May 25, 2018, the parties filed a stipulation to extend Spotify's deadline to respond to the Complaint to June 20, 2018. (Dkt. 12.)

On June 11, 2018, the parties filed a stipulation to extend Spotify's deadline to respond to the Complaint to August 20, 2018. (Dkt. 14.) On June 12, 2018, the Court approved the stipulation, ordering (i) Spotify to respond by August 20, 2018, (ii) the parties to submit a joint discovery plan by August 13, 2018, and (iii) that the Court shall hold a scheduling conference and issue a scheduling order on August 20, 2018. (Dkt. 15.)

On July 30, 2018, the parties filed a stipulation to extend Spotify's deadline to respond to the Complaint to October 19, 2018. (Dkt. 21.) On August 1, 2018, the Court approved the stipulation, ordering (i) Spotify to respond by October 19, 2018, (ii) the parties to submit a joint discovery plan by October 12, 2018, and (iii) that the Court shall issue a scheduling order on October 19, 2018.

On October 10, 2018, the parties filed a joint stipulation to extend Spotify's deadline to respond to the complaint to January 17, 2019, and to extend the time for the parties to submit a Rule 26(f) report until January 10, 2019.

Wixen and Spotify met and conferred regarding this Joint Report on October 5, 2018 and again on October 12, 2018.

As noted in the October 10 Joint Stipulation, the parties continue to be engaged in settlement discussions, and have made significant progress toward a resolution of the claims asserted in this litigation. The parties have substantially

narrowed the issues that remain to be resolved, and believe that they will be able to resolve those remaining issues; the parties have committed to engage in private mediation in the event that they need any assistance in achieving that resolution. The parties further agree that engaging in litigation of the myriad disputed procedural and substantive issues, including the procedural issues relevant to a joint scheduling report under Rule 26(f), would be counterproductive to the parties' ongoing efforts to resolve the litigation.

Accordingly, the parties respectfully request that the Court grant the October 10 stipulation extending the due dates for: the parties' to submit a joint scheduling report under Rule 26(f); Spotify to respond to the Complaint; and the Court to issue a scheduling order. In the event that the Court declines to extend the dates as requested, the parties will submit a further proposed Rule 26(f) discovery plan in advance of any scheduling conference.

Dated:  October 12, 2018          DONAHUE FITZGERALD LLP


                                  By: /s/ Daniel J. Schacht
                                     Daniel J. Schacht
                                     Attorneys for Plaintiff
                                     WIXEN MUSIC PUBLISHING, INC.

Dated: October 12, 2018           MAYER BROWN LLP


                                  By: /s/ John Nadolenco
                                     John Nadolenco
                                     Attorneys for Defendant
                                     SPOTIFY USA INC.

**ATTESTATION**

I, John Nadolenco, am the ECF user whose User ID and Password are being used to file this Report. Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I hereby attest that the other signatories listed have concurred in this filing.

/s/ *John Nadolenco*
John Nadolenco